IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY 18 A 9:34

_Jason McDonnell #56297_
Full name and prison number
of plaintiff(s)

v.

_Sheriff Lamar Glover_

_Comm. McCarty_

_Lt. Rocco_

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. _1:06cv447-WKW_
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:
         Plaintiff(s) _Jason McDonnell_

         Defendant(s) _Comm. McCarty, Sgt Davis_

      2. Court (if federal court, name the district; if state court, name the county) _Middle District of Alabama_

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __Still pending__

6. Approximate date of filing lawsuit __4/1/06__

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT __Houston County Jail__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Houston County Jail__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Lamar Glover | Dothan AL |
| 2. Comm. McCarty | Dothan AL |
| 3. Lt. Rocco | Dothan AL |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __5/13/06 5/14/06 5/15/06 ect. ect.__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __failure to protect me from imminent danger of serious physical injury__

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

On 5/8/06 a loaded fierarm was found inside a mattress in possesion of an inmate inside a cell in population. Glover, Macarty, & Rocco, Failed to Make Sure there were no other weapons in population (I.E. Shake down, Search, Dog) They did nothing, Therefor putting all Inmates lives in Danger.

Ground two: I fear for my life and can not sleep at night. Supporting Facts: There was no Shake down, no Questioning of inmates, no nothing To Make me feel Safe again.

**GROUND THREE:** They Do not Know for a fact That there is no other fierarms in Mattresses.

**SUPPORTING FACTS:** They did not chek every Mattress in Jail to make sure no other firearm got back to population.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like the court make sure Houston County does not continue to get away with Murder, I would like the court to insure my safty during my incarceration. Shut Jail Down util they are sure no other fierarms are in Jail

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  5/15/06
              (Date)

_____
Signature of plaintiff(s)

4