**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lt. Rocco
Houston Co. Jail
901 E. Main Street
Dothan, AL 36301
1:06CV447-WKW

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rosetta_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Rosetta Evans
C. Date of Delivery: 5-24-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

40 cmp

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 1956

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commander McCarty
901 E. Main Street
Dothan, AL 36301
1:06CV447-WKW  40 cmp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rosetta_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Rosetta Evans
C. Date of Delivery: 5-24-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 1949

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540