# ALABAMA UNIFORM ARREST REPORT

Fingerprinted    784 Completed
[1] Yes    [1] Yes
[2] No    [2] No

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0,3,8,0,0,0,0 | Houston County Sheriff | 0,6,0,8,2,0,2,1 | |

**IDENTIFICATION**

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| McDonnell, Hugen, Joseph | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [X] M [ ] F | [X] W [ ] B [ ] A [ ] I [ ] U | 6 2 | 220 | HZL | BRO | | [ ] SCARS | [X] MARKS | [X] TATOOS 5 | [4] AMPUTATIONS | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Bronx, NY | 0,8,5 - 0,6 - 0,9,1,0 | 12,7,7,6 29 | 56297 |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | | |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 [ ] RESIDENT [X] NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 318 Porter Andrews Rd Ozark, AL | ( ) 477-2391 | Framer |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| Danny Brady Const. | | ( ) |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? [ ] YES [ ] NO |
|---|---|---|
| Dale Co Jail | 2,0,A,2,0,6 | [ ] IN STATE [ ] OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURED? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| [ ] DRUNK [X] SOBER [ ] INJURED [ ] DRINKING [ ] DRUGS | [ ] YES [X] NO | [X] NONE [ ] OFFICER [ ] ARRESTEE | [ ] YES [X] NO | [ ] HANDGUN [4] OTHER FIREARM [ ] RIFLE [5] OTHER WEAPON [ ] SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0,3,2,3,0,6 | 1:25 [ ] 1 AM [X] MIL. [ ] 2 PM | S M T W [T] F S | [ ] ON VIEW [X] ON CALL [ ] WARRANT | [X] YES [ ] NO [ ] UNKNOWN |

| 46 CHARGE—1 [X] FEL [ ] MISD. | 47 UCR CODE | 48 CHARGE—2 [ ] FEL [ ] MISD | 49 UCR CODE |
|---|---|---|---|
| FTA - leaving Scene Acc w/ Inj | | FTA - Fail File Acc/Inst Rep | |
| 50 STATE CODE/LOCAL ORDINANCE 51 WARRANT # | 0,3,1,9,4,0,6 | 52 STATE CODE/LOCAL ORDINANCE 53 WARRANT # | 0,3,1,9,4,0,6 |
| 2004 013820.00 | | 2004 0013881 | |

| 54 CHARGE—3 [ ] FEL [ ] MISD. | 55 UCR CODE | 56 CHARGE—4 [ ] FEL [ ] MISD | 57 UCR CODE |
|---|---|---|---|
| | | | |
| 58 STATE CODE/LOCAL ORDINANCE 59 WARRANT # | 60 DATE ISSUED M D Y | 61 STATE CODE/LOCAL ORDINANCE 62 WARRANT # | 63 DATE ISSUED M D Y |

| 64 ARREST DISPOSITION | 65 IF OUT ON RELEASE WHAT TYPE? | 66 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| [1] HELD [2] TOT—LE [2] BAIL [5] OTHER [3] RELEASED | | |
| | | 67 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 78 VIN | 79 IMPOUNDED? [ ] YES [X] NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED |
|---|
| |

[ ] CONTINUED IN NARRATIVE

**JUVENILE**

| 82 JUVENILE DISPOSITION: | [1] HANDLED AND RELEASED [2] REF. TO JUVENILE COURT | [3] REF. TO WELFARE AGENCY [4] REF. TO OTHER POLICE AGENCY | [5] REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|
| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | | 85 ADDRESS (STREET, CITY, STATE, ZIP) | | 86 PHONE ( ) |
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | | 90 PHONE ( ) |

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y : [ ] AM [ ] MIL. [ ] PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS | |
| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE [ ] YES [ ] NO [ ] PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | | 100 PROPERTY # |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| Bond 5,000 x 2 = 10,000 |

LOCAL USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |
|---|---|---|
| P M Sell | | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED [ ] Y [ ] N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|
| Nowell, A | 3880 | | | | |

**EXHIBIT G**

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

56-097

```
ACR0372            ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2004 001880.00
OPER: RHM                   CASE ACTION SUMMARY
PAGE:   1                  CIRCUIT  CRIMINAL                 RUN DATE: 12/15/2004
===============================================================================
IN THE CIRCUIT COURT OF   HOUSTON                                   JUDGE: BLH

STATE OF  ALABAMA              VS      MCDONNELL JASON JOSEPH
                                       146 VINE LANE
CASE: CC 2004 001880.00
                                       HARTFORD, AL  36344 0000

DOB: 11/27/1976         SEX: M  RACE: W  HT: 6 02  WT: 220   HR: BRO EYES: HZL
SSN: 085060910   ALIAS NAMES:
===============================================================================
CHARGE01: LEAVING SCENE ACC W/ CODE01: LSAI  LIT: LEAVING SCENE  TYP: F #: 001
OFFENSE DATE: 07/03/2004              AGENCY/OFFICER: AST3800 J BARNW

DATE WAR/CAP ISS:                    DATE ARRESTED: 08/23/2004
DATE     INDICTED: 12/03/2004        DATE     FILED: 12/15/2004
DATE    RELEASED: 08/24/2004         DATE   HEARING:
BOND      AMOUNT:       $1,000.00 S        SURETIES: A-ADVANTAGE BONDING,

DATE 1: 01/05/2005  DESC: ARRG          TIME: 0900 A
DATE 2: 03/07/2005  DESC: JTRL          TIME: 0830 A

TRACKING NOS: DC 2004 002589 00  /  WR 2004 012207 00  /

    DEF/ATY: MCGHEE BILLY SHAUN         TYPE: C                        TYPE:
             P O BOX 1225
             211 W MAIN ST,SUITE 2
             DOTHAN        AL 36302                        00000

PROSECUTOR: VALESKA DOUGLAS A
```

*3-23-06 Arrested on A.W.*

```
===============================================================================
OTH CSE: DC200400258900 CHK/TICKET NO: 38-04-0158     GRAND JURY: 308-10
COURT REPORTER:                SID NO:     000000000
DEF STATUS: BOND               DEMAND:                            OPER: RHM
===============================================================================
DATE          ACTIONS, JUDGEMENTS,  AND  NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 1-5-05 | WAIVER OF ARRAIGNMENT<br>RECIPROCAL DISCOVERY ORDER<br>1-5 , 20 05<br>Within 14 days of this order, the State and Defendant will make available for inspection and copying all materials discoverable under the Alabama Rules of Criminal Procedure. In addition, the State will make any exculpatory materials available to the defense. The State will make its materials available at the District Attorney's office and the defense will do likewise at defense counsel's office.<br>_____<br>CIRCUIT JUDGE |
| 3-7-06 | Upon defendant failing to appear, Conditional Forfeiture and alias released issued. Bond set at $5,000. _____<br>_____ Judge |
| 3-14-06 | N: DA, S. McGhee |
| 3-23-06 | Deft arrested on AW; JTRL tentatively set for |

5/3/06 @ 8:30 AM

N: DA : S. McGhee ; Deft : In 1

```
ACRO372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2004 001881.00
OPER: RHM                      CASE ACTION SUMMARY
PAGE:   1                     CIRCUIT  CRIMINAL                 RUN DATE: 12/15/2004
==================================================================================
IN THE CIRCUIT COURT OF  HOUSTON
                                                                      JUDGE: DLH
STATE  OF  ALABAMA                  VS      MCDONNELL JASON JOSEPH
                                            146 VINE LANE
CASE: CC 2004 001881.00
                                            HARTFORD, AL  36344 0000

DOB: 11/27/1976        SEX: M  RACE: W  HT: 6 02  WT: 220    HR: BRO EYES: HZL
SSN: 085060910  ALIAS NAMES:
==================================================================================
CHARGE01: FAIL FILE ACCIDENT R CODE01: FFAR  LIT: FAIL FILE ACCI TYP: F #: 001
OFFENSE DATE: 07/03/2004                 AGENCY/OFFICER: AST3800 J BARNW

DATE WAR/CAP ISS:                     DATE ARRESTED: 08/23/2004
DATE      INDICTED: 12/03/2004        DATE      FILED: 12/15/2004
DATE      RELEASED: 08/24/2004        DATE    HEARING:
BOND      AMOUNT:      $1,000.00 S    SURETIES: A-ADVANTAGE BONDING,

DATE 1: 01/05/2005   DESC: ARRG        TIME: 0900 A
DATE 2: 03/07/2005   DESC: JTRL        TIME: 0830 A

TRACKING NOS: DC 2004 002590 00  /  WR 2004 012208 00  /

    DEF/ATY: MCGHEE BILLY SHAUN        TYPE: C                      TYPE:
             P O BOX 1225
             211 W MAIN ST,SUITE 2
             DOTHAN      AL 36302                    00000

PROSECUTOR: VALESKA DOUGLAS A
```

*3-23-06 Arrested on AW*

```
==================================================================================
OTH CSE: DC200400259000 CHK/TICKET NO: 38-04-0158      GRAND JURY: 309-10
COURT REPORTER:                   SID NO: 000000000
DEF STATUS: BOND                  DEMAND:                            OPER: RHM
==================================================================================
DATE         ACTIONS,  JUDGEMENTS,  AND  NOTES
```

| | |
|---|---|
| 1-5-05 | **WAIVER OF ARRAIGNMENT** |
| | RECIPROCAL DISCOVERY ORDER |
| | 1-5 20 05 |
| | Within 14 days of this order, the State and Defendant will make available for inspection and copying all materials discoverable under the Alabama Rules of Criminal Procedure. In addition, the State will make any exculpatory materials available to the defense. The State will make its materials available at the District Attorney's office and the defense will do likewise at defense counsel's office. |
| | _Larry Holberg_ |
| | CIRCUIT JUDGE |
| 3-7-06 | Upon defendant failing to appear Conditional Forfeiture and alias ordered Issued. Bond set at $5,000. Notify _Larry Holberg_ Judge |
| 3-14-06 | N: DA, S. McGhee _Larry Holberg_ Judge |
| 3-23-06 | Deft arrested on AW; JTRL tentatively set 5/3/06 @ 8:30 AM |

N: DA, McGhee, jail Dept.

1906
8-23-04

# HOUSTON COUNTY JAIL
## JAIL DOCKET CARD

| INMATE # | LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| 56287 | McDowell | Jason | Joseph | | | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP. RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED |
|---|---|---|---|---|---|
| HCSD | 8-23-04 | | | 8-24-04 | Advantage |

| RISK | STATUS | | | FLOOR | CELL | DOCKET OFFICER | ARRESTING OFFICER |
|---|---|---|---|---|---|---|---|
| | | | | B | Floor | Smith | J. Lee |

| AGE | DOB | SSN | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|---|---|
| 27 | 11/27/76 | 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 | W | M | 6'2" | 220 | Brd | Haz | Houston |

| ENTRANCE NCIC/BY | ENTRANCE HOUSTON/BY | ENTRANCE DPD/BY | FELONY CRIMINAL HISTORY/BY |
|---|---|---|---|
| Neg C6 | Neg C6 | Neg C6 | |

| EXIT NCIC/BY | EXIT HOUSTON/BY | EXIT DPD/BY | ATTORNEY |
|---|---|---|---|
| Neg C-14 | Neg J31 | Neg C-14 | |

| HOLD 1 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| HOLD 3 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS | | CITY | STATE | PROBATION/PAROLE OFFICER |
|---|---|---|---|---|
| 146 Vine Lane | 598-4122 | Hartford | AL 36344 | |

| NEXT OF KIN | ADDRESS | CITY/STATE | PHONE | RELATION |
|---|---|---|---|---|
| Zebobia Abbott | 146 Vine Lane | Hartford | (334) 237-8819 | girlfriend |

**REMARKS:** _____

| DID INMATE RECEIVE PHONE CALL? (X)Y ( )N | DID INMATE RECEIVE JAIL RULES? (✓)Y ( )N |
|---|---|
| INMATE SIGNATURE X | INMATE SIGNATURE X |

SOUTHEASTERN PRINTERS OF DOTHAN / FORM HCJDC 334-792-2926

| INMATE# | | NAME Downell, JASON JOSEPH | | | | | |
|---|---|---|---|---|---|---|---|
| CHARGE Leave Scene Accident | | WARRANT# 04-12207 | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND 1,000 | | AAGJ | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| CHARGE Fail to File Accident Report | | WARRANT# 04-12208 | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND 1,000 | | AAGJ | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| CHARGE | | WARRANT# | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| CHARGE | | WARRANT# | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| CHARGE | | WARRANT# | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# HOUSTON COUNTY JAIL
## BOOKING CHECK OFF LIST

DATE: 8-23-04   TIME: 19:06

SENIOR CORRECTIONS OFFICER(S) DUTY: Sgt. Buchanan

Inmate Name: McDonell, Jason J.   Inmate Number: 56297

**BOOKING OFFICER MUST INITIAL AFTER COMPLETING EACH ITEM AND SIGN IN THE PROPER SPACE.**

1. All personal property secured
2. Check in-house warrants
3. Check for last incarceration
4. Arrest report completed by arresting officer
5. All charges listed on arrest report and bonds listed for each charge
6. Bond amount noted on warrant
7. All inmate property tagged/placed in envelope
8. Property envelope completely filled out/signed by inmate
9. All money counted/logged in money book
10. Money envelope completed/supervisor counts
11. SCO calls control and logs money in SCO money book
12. SCO seals money/places in box
13. Check for outstanding warrants _____NCIC____Dothan
14. Inmate numbers properly assigned
15. Inmate recorded in black book
16. Inmate recorded on white pages
17. Docket I.D. floor card completed, and bond amount verified on docket card
18. Fingerprint card completed
19. Medical screen completed
20. Affidavit of hardship completed
21. Green disposition form completed (FBI)
22. Property hold form (telephone call, bond applied)
23. Fingerprinted/photographed/entered in computer
24. Property card completed
25. Visitor/Telephone list completed
26. Inmate handbook received
27. Bond completed/amount checked against warrant
28. Correct court date noted on bond
29. Inmate and surety signature on bond
30. All pass on information documented in pass book

Signature of Booking Officer(s)

Southeastern Printers of Dothan, 334-792-2928

# Houston County Jail
## Release Verification Form

Inmate Number : 56297                    Date : 8-24-04

Date of Release : 8-24-04                Time of Release : 1140

Charge(s) :                              Case Number(s) :

1. LSA                                   WR04-12207

2. fail to file Accd Report              WR04-12208

3. _____                   _____

4. _____                   _____

5. _____                   _____

6. _____                   _____

7. _____                   _____

8. _____                   _____

Reason for Release : 2 x 1,000 – Advantage

Inmate Name : Jason McDonnell

Date of Birth : 11/27/76        Soc. Sec. # : 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

Address : 146 Vine Rd

Hartford     AL    36344

Inmate Signature : _____

**THE INFORMATION LISTED ABOVE WAS PROVIDED BY THE NAMED SUBJECT
PRIOR TO HIS/HER RELEASE FROM THE HOUSTON COUNTY JAIL.**

C/O Signature : _____
Verbally verified by Docket Officer

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| [1] Yes | [1] Yes |
| [2] No | [2] No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

### IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | SFX |
|---|---|---|---|
| 0,3,8,0,0,0,0 | Houston County Sheriffs Dept | 0,4,2,3,6,0,6,3,2 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| McDonnell    Jason Joseph | |

| 7 SEX [1]M [2]F | 8 RACE [1]W [3]A [2]B [4]I | 9 HGT. 6'2" | 10 WGT. 220 | 11 EYE HAZ | 12 HAIR BRO | 13 SKIN MED | 14 | 15 SCARS (B)(C) Breast, (B) | 16 MARKS forearm, neck, and | 17 TATOOS back | 18 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Bronx New York | 018 51-16 01-10 91 10 | 11 12 71 7 6 | 27 | 56297 |

| 20 SID # | 21 FINGERPRINT CLASS    KEY    MAJOR    PRIMARY    SCDV    SUB-SECONDARY    FINAL | 22 DL # | 23 ST |
|---|---|---|---|

| 24 FBI # | HENRY CLASS    NCIC CLASS | 25 IDENTIFICATION COMMENTS |
|---|---|---|

| 26 [1] RESIDENT [2] NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP)    36344 | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 146 VINE LANE HARTFORD AL | 334 598 4122 | Construction |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| Wiregrass Contractors | | |

### ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? [✗] YES [ ] NO |
|---|---|---|
| Daleville Police Dept.    Daleville AL | 2 0 N E 10 11 | [ ] IF NO, OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE: | [1] DRUNK [2] SOBER [3] DRINKING [4] DRUGS | 37 RESIST ARREST? [1] YES [2] NO | 38 INJURIES? [1] OFFICER [2] ARRESTEE | 39 ARMED? [1] Y [2] N | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|---|
| | | | | | [1] HANDGUN [4] OTHER FIREARM |
| | | | | | [2] RIFLE [5] OTHER WEAPON |
| | | | | | [3] SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST [1] AM [2] PM [3] MIL | 43 DAY OF ARREST S M T W T F S | 44 TYPE ARREST [1] ON VIEW [2] WARRANT | 45 ARRESTED BEFORE? [1] YES [2] NO [3] UNKNOWN |
|---|---|---|---|---|
| 04 23 04 | 19:10 | | | |

| 46 CHARGE—1 [✗] FEL [ ] MISD | 47 UCR CODE | 48 CHARGE—2 [ ] FEL [ ] MISD | 49 UCR CODE |
|---|---|---|---|
| Leaving Scene Acc w/ | | Fail File Accident R | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 032-010-001 | WR 2004 012207.00 | 04 71 94 10 14 | 032-010-005 | WR 2004 012208.00 | 04 71 94 10 14 |

| 56 CHARGE—3 [ ] FEL [ ] MISD | 57 UCR CODE | 58 CHARGE—4 [ ] FEL [ ] MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION [1] HELD [4] TOT-LE [2] BAIL [5] OTHER [3] RELEASED | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

### VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? [1] YES [2] NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | [ ] CONTINUED IN NARRATIVE |
|---|---|

### JUVENILE

| 82 JUVENILE DISPOSITION: | [1] HANDLED AND RELEASED [2] REF. TO JUVENILE COURT | [3] REF. TO WELFARE AGENCY [4] REF. TO OTHER POLICE AGENCY | [5] REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

### RELEASE

| 91 DATE AND TIME OF RELEASE M D Y : [1] AM [2] PM [3] MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE [1] YES [2] NO [3] PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| BOND SET AT $1,000.00 X 2 = $2,000.00 TOTAL |

LOCAL USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE [ ] Y [ ] N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|
| LEE James E. | 3848 | | | | |

### TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

## HOUSTON COUNTY SHERIFFS OFFICE

## INMATE INFORMATION SHEET

Page        1

BOOKING NO:   040003108                                    LOCAL ID:   56297

Name    : MCDONNELL JASON JOSEPH

Address : 146 VINE LANE

City    : HARTDORD        State: AL Zip: 36344

### Physical Description

Race :  **WHITE**                Hair :  **BROWN**

Gender: **MALE**                 Eyes:  **HAZEL**

Height: 6 ' 02 "                 Complexion:  **UNKNOWN**

Weight: 220                      DOB:  11/27/1976      Age: 27

Scars/Tattoos:

### Personal Information

DL State :                       Home Phone:  334 598 4122

DL Number:                       Work Phone:

SSN:  085 60 0910

SID:

### Booking Information

Arrest Date: 00/00/0000          Booking Officer: **SMITH**

Arrest Dept: **HCSD**            Booking Date: 08/23/2004

Arrest Offcr: **J.LEE**          Booking Time: 19:06

Search Offcr: **CULVER**         Facility: 01

Meal Code: 01                    Cell Assignment: **B-FLOOR**

### Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| LEAVING SCENE OF ACCIDENT | $00.00 | 1,000 | PENDING |
| FAIL TO FILE ACCIDENT REPORT | $00.00 | 1,000 | PENDING |

| LEAVE BLANK | CRIMINAL | (STAPLE HERE) | | LEAVE BLANK |
|---|---|---|---|---|

STATE USAGE
NFF SECOND
SUBMISSION   APPROXIMATE CLASS   AMPUTATION   SCAR

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**MCDONNELL, JASON JOSEPH**

SIGNATURE OF PERSON FINGERPRINTED

X

SOCIAL SECURITY NO.
**085600910**

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH | MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | | | 19761127 | M | W | 602 | 220 | HAZ | BRO |



1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE

6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE

DB 50X50G8 11    5 #110      17                5701L         14 20      00:04

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY   L. THUMB   R. THUMB   RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

PRIVACY ACT ... INDIVIDUAL ...

NCIC DISCLOSURE ...

POLICE FINGERPRINT

| | | | DATE OF ARREST | | | | DOB |
|---|---|---|---|---|---|---|---|

JUVENILE    YES ☐

MM  DD  YY

20040823

AL0380000
HOUSTON CO SO
DOTHAN AL
DOTHAN, AL

TREAT AS ADULT   YES ☐

AGE   YES ☐
NO ☐

2ND COPY TO
NEED / CRD

DATE OF OFFENSE
MM  DD  YY

20040823   NY

PLACE OF BIRTH

COUNTRY OF CITIZENSHIP

US

MISCELLANEOUS NUMBERS

SCARS, MARKS, TATTOOS AND AMPUTATIONS

TAT RF ARM
TAT UL ARM
TAT NECK

RESIDENCE/COMPLETE ADDRESS

146   VINE LANE

CITY

HARTFORD

STATE

AL
36344

OFFICIAL TAKING FINGERPRINTS
NAME OR NUMBER

J25

TAMALIN SMITH

LOCAL IDENTIFICATION

56297

REPLY DESIRED   YES ☒
NO ☐

PALM PRINTS TAKEN   YES ☐

EMPLOYER:   IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

WIREGRASS CONTRACTORS

OCCUPATION

CONSTRUCTION

CHARGE/CITATION

20040823   5499
TRAFFIC OFFENSE
LEAVE SCENE ACCIDENT

DISPOSITION

20040823   5499
TRAFFIC OFFENSE
FAIL TO FILE ACCIDENT REPORT

2.

3.

ADDITIONAL

ADDITIONAL

ADDITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

☆U.S. GPO: 2001 479-516/40019
FD-249 (REV. 5-11-99)

| LEAVE BLANK | CRIMINAL | (STAPLE HERE) | LEAVE BLANK |
|---|---|---|---|

NFF SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**MCDONNELL, JASON JOSEPH**

SIGNATURE OF PERSON FINGERPRINTED

X

SOCIAL SECURITY NO.
**085600910**

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 19761127 | M | W | 602 | 220 | HAZ | BRO |



1. R. THUMB   2. R. INDEX   3. R. MIDDLE   4. R. RING   5. R. LITTLE

6. L. THUMB   7. L. INDEX   8. L. MIDDLE   9. L. RING   10. L. LITTLE

DB 50X50G8 13____5 #1107____17          5701L____14 20____00:04

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

Case 1:06-cv-00447-WKW-SRW    Document 8-4    Filed 06/30/2006    Page 13 of 47

| | | DATE OF ARREST | | |
|---|---|---|---|---|
| DISPOSITION | YES ☐ | MM DD YY<br>20040823 | CONTRIBUTOR/ORI | AL0380000<br>HOUSTON CO SO<br>DOTHAN, AL |
| BEAT AS ADULT | YES ☐ | | ADDRESS | DOTHAN, AL |
| | | | REPLY YES ☐<br>REQUIRED | |

| | DATE OF OFFENSE | PLACE OF BIRTH | COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| | MM DD YY<br>20040823 | NY | US |

SCARS, MARKS, TATTOOS, AND AMPUTATIONS
TAT RF ARM
TAT UL ARM
TAT NECK

RESIDENCE/COMPLETE ADDRESS

| | | CITY | STATE |
|---|---|---|---|
| 146 VINE LANE | | HARTFORD | AL 36344 |

| DATE OF CHARGES | LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAILABLE | YES ☒ |
|---|---|---|---|
| J25 | 56297 | PALM PRINTS TAKEN | YES ☐ |
| TAMALIN SMITH | | | |

EMPLOYER:    IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO

WIREGRASS CONTRACTORS

OCCUPATION

CONSTRUCTION

CHARGE/CITATION

20040823   5499
TRAFFIC OFFENSE
LEAVE SCENE ACCIDENT

DISPOSITION
1.

20040823   5499
TRAFFIC OFFENSE
FAIL TO FILE ACCIDENT REPORT

2.

3.

ADDITIONAL

ADDITIONAL

ADDITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

U.S. GPO: 2001 479-516/40019
FD-249 (REV 5-11-99)

**Houston County Jail**

# Memo

**To:**   Jail file of inmate Jason McDonell

**From:**   Commander W. B. McCarty

**Date:**   5/24/06

**Re:**   Grievance filed by inmate McDonnell

---

Inmate Jason McDonnell was arrested for Failure to Appear on a 2004 case on 03/23/06 and placed in the Houston County Jail. The original charges were Leaving the Scene of an Accident and Failing to Report an Accident. He had a court date set in 2004 and failed to appear for that court date. On or about the 11th day of April 2006, inmate McDonnell filed an inmate grievance addressed to Commander McCarty to which he stated that he had not had a first appearance on the Failure to Appear charges. I replied, after checking with Sgt. Davis in records, that he had his first appearance in 2004 and he had a court date set to which he had failed to appear. I advised his attorney was Shaun McGhee and he needed to contact him. I sent the reply back to inmate McDonnell on the grievance form. On 05/04/06, I received a request from Attorney Gary Sherrer requesting inmate McDonnell's jail file along with any inmate grievances that the inmate may have filed. After a diligent search, this grievance of inmate Jason McDonnell cannot be located at this time. A search will continue and if the grievance is located, it will be forwarded to Attorney Gary Sherrer's office.

1

# INMATE REQUEST FORM

Date: 6/22/06

INMATES # 562977 D-Pod

From: Sgt. Hoover – Sgt. on Duty
Jason McConnell

C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST: May I please be allowed to utilize the law library on 6/26/06 because I have some legal work to finish & turn in by a court ordered deadline.

Thank you kindly.

ACTION TAKEN: DONE 6/26/06

# INMATE REQUEST FORM

Date: 6/21/06

INMATES # S6297 D-Pod B

To: Sgt. Buchmann

C/O SIGNATURE

From: Jason McDonnell

SR C/O SIGNATURE

## NATURE OF REQUEST

I sent a request to Sgt. Reynolds to have something notarized "imidately" so I can send it to the federal government by a "deadline" and no one seems to care to notify me that she is on vacation, can you please come notorize my legal work as soon as possible.

Thank you.

## ACTION TAKEN — 06-22-06

I was informed that this was already done. Sgt. Buchmann

Southeastern Printers / Form #5135 / Rev 3-98

# INMATE REQUEST FORM

Date: 6/21/06

Sgt. Marsh - Marsh

INMATES # S6297 D-Pod

From: Jason McConnell

C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST _I need Something notorized as soon
as possible for my legal work to meet a
court ordered "Deadline"_

Thank you

ACTION TAKEN ___ 21 2006 Done Sgt. Mark

X

Southeastern Printers / Form #6135 / Rev. 3-98

# INMATE REQUEST FORM

Date: 6/9/06

INMATES # 56297 D-Pod

From: Jason McDonnell

C/O SIGNATURE C.O. Davis On Gues

SR C/O SIGNATURE

NATURE OF REQUEST My toothbrush fell in the toilet and I need another one please. I also need some deodorant & lotion. Thank you,

ACTION TAKEN 6/21/06

**REQUEST GRANTED**

Sebastian Printers / Form #5135 / Rev. 3-98

# INMATE REQUEST FORM

Date: 6/19/06

To: C.O. Walker

From: Jason McDonnell

INMATES # 56297 D-Pod

C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST  I am writing to ask you if you recieved my letter, I am requesting a confermation of my calculations so I can tell my wife to Mail the check so I can get the things I need

Thank you very much for your time.

ACTION TAKEN

06/23/06 To in McDonnell sent to lay
20% my calculation provide he
20% per career project
you finley owe the $10 which will
you finley owe the $10 which will
take 9 752 Maybe a $10 by $19.750

Southeastern Printers / Form #5135 / Rev 3-98

# INMATE REQUEST FORM

Date: 6/14/06

INMATES # 56297 D-Pod

To: Lt. Rocco

From: Jason McDonnell

C/O SIGNATURE

SR C/O SIGNATURE ___BR___

**NATURE OF REQUEST** I am writing to ask you if we are allowed to have a copy of the U.S. Constitution and its amendments sent to us through the mail by our family. I need it for some legal work.

Thank you.

**ACTION TAKEN** Mr McDonnell - If your family can fit the U.S. Constitution in an approved envelope, they can send it. If not, they can send it in several different envelops. I know there is a limit to the size of one delivery. Is there a U.S Constitution and amendments in our law library?

Lt/SGC Lt Rocco

# INMATE REQUEST FORM

Date: 6/14/06 (D)

To: Sgt. Turner

From: Jason McDonnell

INMATES #: 56297 D-Pod

C/O SIGNATURE: _Munn_

SR C/O SIGNATURE: BP

**NATURE OF REQUEST** May I please be alowed to go to the law library on 6/19/06, so I can finish some court ordered paper work by time ordered. I also need some carbon paper

Thank you,

**ACTION TAKEN**

Done on 6-19-06

# INMATE REQUEST FORM

Date: 6/13/06

INMATES # 56297  D-Pod

To: CO. Jones

C/O SIGNATURE

From: Jason McDonnell

SR C/O SIGNATURE

NATURE OF REQUEST   As PER Sgt. turners order I need a New 6X Jump suit, I also need A New wash rag and Some lotion.   Thank you.

ACTION TAKEN   6-14-06
Swap out jumpsuit.
Sent wash cloth & I/m was charged $1.00 for it.
& sent you lotion last week & & am only allowed to give it every other week.

Southeastern Printers / Form #5135 / Rev 3-98

INMATE REQUEST FORM

Date: 6/10/06

To: SGT. Buchmann

INMATES # S6297 D-Pod

From: Jason McDonnell

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST I need to speak with you as
soon as possible regarding a sanction
I just recived that they are trying to look
my down for a week for.

Thank you.

ACTION TAKEN 06-12-06
Spoke to in person. Sgt Buchmann

INMATE REQUEST FORM

Date: 6/5/06

From: Jason McDonnell

Lt. Rocco

INMATES # S6297

C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST I need some carbon paper so I can make "True copies" of my legal work as ordered by the court.

Thank you

ACTION TAKEN

6/6-05-06

D. F/K

Case 1:06-cv-00447-WKW-SRW    Document 8-4    Filed 06/30/2006    Page 25 of 47

# INMATE REQUEST FORM

Date: 6/5/06

To: Chaplin

INMATES # 5629?

C/O SIGNATURE _____

From: Jason McDonnell

SR C/O SIGNATURE _____

**NATURE OF REQUEST** I need to see you as soon as possible concerning my family. I have not seen or heard from them in months and am worried to the point of extreme stress.

Thank you

**ACTION TAKEN** 6/6/06 Please come see to Chaplain or have and phone number of someone in your family. I can speak too. Then I'll come see you. Thanks, Chaplain Baker

Southeastern Printers / Form #5135 / Rev 3-98

D-FK

# INMATE REQUEST FORM

Date: 6/5/06

INMATES # 56297

From: Jason McDonnell

To: Davis Chris

C/O SIGNATURE

SR C/O SIGNATURE

## NATURE OF REQUEST  I need some Deoderant and some lotion, and a toothbrush, I am out of all three.

## ACTION TAKEN

Thank you

Seagann Printers / Form #5135 / Rev 3-88

# INMATE REQUEST FORM

Date: 5/23/06 (B)

To: C.O. Jones (F)

From: Jason McDonnell    F-Pod

INMATES # 56297

C/O SIGNATURE _buh_

SR C/O SIGNATURE _BR_

NATURE OF REQUEST    Can I please get some deoderant and some lotion.

Thank you.

ACTION TAKEN    5/24/06

Request granted.

(JN)

Southeastern Printers / Form #5135 / Rev 3-98

**INMATE REQUEST FORM**

Date: 5/15/06

To: C.O. Walker    (F)

From: Jason McDonnell

INMATES # 56297

C/O SIGNATURE Craig

SR C/O SIGNATURE RR

**NATURE OF REQUEST**   I need a copy of my Inmate transactions for the last 6 months for a law suit.

Thank you

**ACTION TAKEN**

Southeastern Printers / Form #5135 / Rev 3-98

**INMATE REQUEST FORM**

Date: 5/8/06                                   INMATES # 56297

To: Sgt. Ryenalds                             C/O SIGNATURE Roberts

From: Jason McDonnell                         SR C/O SIGNATURE _____

NATURE OF REQUEST   May I please be alowed
To utilize the law libary to
work on my case.

Thank you,

ACTION TAKEN   Done on 05-16-06
                    Refered

Southeastern Printers / Form #5135 / Rev 3-98

# INMATE REQUEST FORM

Date: 5/8/06

INMATES # 562977

INMATE: Mrs. Reeves

C/O SIGNATURE _____

From: Jason McDonnell

SR C/O SIGNATURE _____

E-pod

## NATURE OF REQUEST

can you Please tell me
the Zip code to Tuscaloosa, AL

Thank You,

## ACTION TAKEN

I only have local info 5-11-06

# INMATE REQUEST FORM

Date: 5/3/06

To: CDI Skelton  G. Jones

From: Jason McDonnell

INMATES # 56297

C/O SIGNATURE _Craig_

SR C/O SIGNATURE

**NATURE OF REQUEST** Please send me some deoderant and tooth brush.

Thank you.

Jason McDonnell

**ACTION TAKEN** 5-4-06

Sending deoderant today.

Toothbrush was issued yesterday.

Southeastern Printers / Form #5135 / Rev 3-98

## INMATE REQUEST FORM

Date: 4/18/06                    G

To: ~~to skelter~~ Jones        (F)

From: Jason McDonnell

INMATES # 56297

C/O SIGNATURE  Craig

SR C/O SIGNATURE  BR

**NATURE OF REQUEST**  I Need Soap, tooth paste, tooth brush

**ACTION TAKEN**  4-20-06
Items were issued on 4/19/06.  (MD)

X _____

Southeastern Printers / Form #5135 / Rev 3-98

**INMATE REQUEST FORM**

Date: 3/26/06

INMATES #: 5629 9

To: Mrs. Walker

C/O SIGNATURE

From: Jason McDonnell

SR C/O SIGNATURE

**NATURE OF REQUEST** Please take $50.00 out of my property and put it on my books so I may make canteen. Thank you.

_Jason McDonnell_

**ACTION TAKEN** 03/27/06 (W) Mr. McDonnell if I do not put some I put all 119.00 on your account.

Southeastern Printers / Form #5135 / Rev 3-98

Sgt Buchmann

# INMATE GRIEVANCE FORM

DATE: 6/6/06 , 2005    POD/CELL LOCATION: D - Floor

INMATE NAME: Jason McDonnell    INMATE NUMBER: 56297

NATURE OF GRIEVANCE OR INFORMATION: Officers came in the middle of the night and took up all books from Jail library no matter if Inmates were done reading them or not. I personally was 3/4 of the way through with a book I've been reading for 2 weeks. It is not right. First of all, we had to sacrifice sleep to wake up at 3:am Just to get the book in the first place, then you up and take them. Why even offer them in the first place? It looks like crule and unusual punnishment to me. It aint right and it aint fair. If your looking for all the books there in the trustee Dorm And when you decide to reissue books, all good books will be In the trustee dorm anyway

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? You should warn Inmates of book collection the day before and afford Inmates opportunity to finish the book they are reading. How are you better serving Inmates by taking books like a thief in the night? collect all books out of trustee Dorm and afford every Inmate the right to read them. Be fair about the redistrabution of books. all good books end up in one pod and are never recollected.

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: 06-06-06 Mr. McDonnell - a memo was issued in each pod stating that all library books were to be turned in on sunday 06-04-06. Since you and a quite a few others did not comply, it was necessary to go cell to cell and pick up the books. The books are a privilege & not a right. The library will resume tonight on 3rd Shift. if you signed up for it, you will be given an opportunity to check out a book. Books were collected all over the Jail & for your information, the trustees will be the last ones allowed to check out books & that will be tomorrow night. Be sorry that you couldn't complete a book in 2 weeks, maybe you should read more & write less! Sgt Buchmann

* * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * *

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: 06/06/06

506919

**Houston County Jail**

# Memo

**To:**    Jail file of inmate Jason McDonell

**From:**  Commander W. B. McCarty

**Date:**  5/24/06

**Re:**    Grievance filed by inmate McDonnell

---

Inmate Jason McDonnell was arrested for Failure to Appear on a 2004 case on 03/23/06 and placed in the Houston County Jail. The original charges were Leaving the Scene of an Accident and Failing to Report an Accident. He had a court date set in 2004 and failed to appear for that court date. On or about the 11th day of April 2006, inmate McDonnell filed an inmate grievance addressed to Commander McCarty to which he stated that he had not had a first appearance on the Failure to Appear charges. I replied, after checking with Sgt. Davis in records, that he had his first appearance in 2004 and he had a court date set to which he had failed to appear. I advised his attorney was Shaun McGhee and he needed to contact him. I sent the reply back to inmate McDonnell on the grievance form. On 05/04/06, I received a request from Attorney Gary Sherrer requesting inmate McDonnell's jail file along with any inmate grievances that the inmate may have filed. After a diligent search, this grievance of inmate Jason McDonnell cannot be located at this time. A search will continue and if the grievance is located, it will be forwarded to Attorney Gary Sherrer's office.

1

# Inmate Sanction/Restriction Documentation

Inmate Name: McDonnell, Jason    Date: 5-17-2006    Inmate Number: 56297

Pod Location: F-3    Pod/Cell Inmate moved to (If applicable): _____

Type of Restriction/Sanction:

Date to Begin    /    Date to End

| | | | |
|---|---|---|---|
| 1 Wks | ⊗ | Suspension of Commissary Privileges | 05-22-06 / 05-26-06 |
| 2 Wks | ⊗ | Loss of Visitation Privileges | 05-20-21-06 / 05-27-28-06 |
| ___ Days | ◯ | Segregation to Cell | _____ / _____ |
| | ◯ | Minimum 72 Hours Cell Restriction | _____ / _____ |
| | ◯ | OTHER | _____ |

ote: The Sgt./ASCO must be notified immediately of any Sanction/Restriction applied to inmates and must countersign this form. Fill in the area below with a full and complete explanation of reasons for Sanction/Restriction.

| Officer Requesting Sanction/Restriction | Officer Authorizing Sanction/Restriction |
|---|---|
| RICHARDSON | SGT Piper 05-17-06 |

On 5-17-2006 at approx. 1928 hr. Inmate McDonnell was sitting at a table in F-Pod without his oranges on. Inmate is in violation of Inmate Rule #1 which States.

E.O.S

Violation of Rule #1—Uniforms (jumpsuits) will be worn at all times when an inmate is outside his/her cell. The uniform must be worn with the wording "Houston County Jail" on the outside and the uniform must be buttoned completely. While in the recreation area, inmates may wear the uniform top down around their ast, but they must be wearing a T-shirt. However, females must wear a bra under their T-shirts. No bare skin will be exposed.

Signature of Sgt./ASCO

Sf. Mc

Revised 09/2005
W.B. McCarty
Jail Commander

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: Jason McDonnell          HCJ# 56297          POD F-3

Date filing notice of appeal: 5/17/06

On, 5/17/06, 2006, an Inmate Sanction/Restriction was written by Officer Richardson,

charging inmate McDonnell, with a violation of Houston County Jail Inmate Rules and Regulations

# 1

The circumstances of the violations are: No Jumpsuit on in Day room at 7:30 pm

The sanction found me to be guilty/not guilty of a major/minor offense. Punishment was set at: 2 wk visit 1 wk commissary

I wish to appeal the decision because: Uniforms had just came back and When I realized I didn't have mine on I went and put it on. It was uniform day for F-Pod. Punnishment does not fit crime.

**********DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY*****************

On the 19 day of May, 2006, an appeal of the Sanction/Restriction taken against inmate

McDonnell was reviewed by Sgt. Turner, and the following action was taken:

APPEAL APPROVED          (APPEAL DISAPPROVED)          OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: Uniforms came back at 1904 and You were in the dayroom until 20:26 without your uniform on — that is over an hour after they were returned. ******************************

hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the 19

day of May, 2006.

INMATE SERVED COPY--YES

Officer Signature



# 2

# NMATE SANCTION/RESTRICTION DOCUMENTATION

AME OF INMATE: _Jason McDonnell_    DATE: _5-23-06_    JAIL NUMBER: _56297_

CURRENT CELL: _P3_    CELL I/M MOVED TO (IF APPLICABLE)

| TYPE OF SANCTION OR RESTRICTION | DATES START/END |
|---|---|
| _____ WKS ⬭ SUSPENSION OF TELEPHONE PRIVILEGES | _____/_____ |
| _____ WKS ⬭ SUSPENSION OF COMMISSARY PRIVILEGES | _____/_____ |
| _2_ WKS ⬭ LOSS OF VISITATION PRIVILEGES _06-03-04-06_ | _06-10-11-06_ |
| ⬭ MINIMUM 72 HOURS CELL RESTRICTION | _____/_____ |
| ⬭ OTHER | _____ |

OTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED
TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES _____    NO _____

OFFICER REQUESTING SANCTION/RESTRICTION | OFFICER AUTHORIZING SANCTION/RESTRICTION
_J. Bush_ | _Sgt Infy / 05-25-06_

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

hile conducting the morning floor check, the above named inmate was found to not be in compliance
th the Living Area Requirement section of the Inmate Rules and Regulations. Bunks will be in compliance
ring the following hours of 8:00 A.M. to 9:00 P.M. See example below:

EXAMPLE LIVING AREA REQUIREMENTS

_820 AM / 1001 AM_



TOWEL-WASH CLOTH
CENTERED AT FOOT
OF BED

NON-COMPLIANCE OF RULES LISTED
BELOW MAY RESULT IN SANCTION/DISCIPLINARY ACTION

BUNKS WILL BE IN COMPLIANCE WITH (ABOVE) EXAMPLE DURING THE FOLLOWING HOURS:
8:00 A.M. TO 9:00 P.M. MONDAY THROUGH FRIDAY
7:30 A.M. TO 9:00 P.M. SATURDAY AND SUNDAY
***NOTE: THE OFFICER WILL CHECK YOUR CELL BEFORE THE INMATE IS ALLOWED TO "ROLL-OUT" OF THE CELL. IF THE
INMATE'S CELL IS NOT IN AN ORDERLY MANNER, THE INMATE WILL REMAIN ON LOCKDOWN AND RECEIVE A
SANCTION/RESTRICTION.
EACH INMATE WILL KEEP HIS/HER AREA CLEAN AND CLEAR OF LITTER.
NO ITEMS UNDER BUNKS EXCEPT SHOES, AND SHOES MUST BE ALIGNED AT THE END OF THE BUNK.

ATURE OF SGT. OR ASC/O | REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

DATE APPEAL SENT _____

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _Jason McDonnell_____    HCJ# _56297___    POD ___F_____

Date filing notice of appeal: ____5/23/06_____

On, ___5/23_____, 2006, an Inmate Sanction/Restriction was written by Officer ___Sepp____,

charging inmate _McDonnell____, with a violation of Houston County Jail Inmate Rules and Regulations

# ____Living area_____

The circumstances of the violations are: ___not making my bunk_____

The sanction found me to be guilty/not guilty of a major/minor offense. Punishment was set at: ___1 wk visit___
____72 hr cell restriction____

I wish to appeal the decision because: _nobody ever inforces that rule, They usualy_
_let us sleep, I've done the same thing everyday for the 3 months_
_I've been locked up. If your goin to enforce rules, have all officers enforce_
_all rules all the time. 72hr cell restriction for not making my bed?_

* *********DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY******************

On the _24_ day of _MAY____, 2006, an appeal of the Sanction/Restriction taken against inmate

_McDonnell, Jason_ was reviewed by _Lt. K. Rocco_____, and the following action was taken:

APPEAL APPROVED ( APPEAL DISAPPROVED ) OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _After review, Appeal denied-_
_I/M McDonnell - rather than waiting on the C/O's to enforce the_
_rules, how about you just following them??._

*************************************************************************************

hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _24_

ay of _MAY___, 2006.

_Sgt Bryan_                    INMATE SERVED COPY--**YES**

Officer Signature

# 3

# NMATE SANCTION/RESTRICTION DOCUMENTATION

*McDonnell*

AME OF INMATE: *Jason McDonnell*    DATE: *5-23-06*    JAIL NUMBER: *36297*

CURRENT CELL *F3*    CELL I/M MOVED TO (IF APPLICABLE)

| TYPE OF SANCTION OR RESTRICTION | DATES START/END |
|---|---|
| _____ WKS ⬭ SUSPENSION OF TELEPHONE PRIVILEGES | _____/_____ |
| _____ WKS ⬭ SUSPENSION OF COMMISSARY PRIVILEGES | _____/_____ |
| *2* WKS ✗ LOSS OF VISITATION PRIVILEGES *06-17-18-06* | *'06-24-25-06* |
| ⬭ MINIMUM 72 HOURS CELL RESTRICTION | _____/_____ |
| ⬭ OTHER | |

)TE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES_____    NO _____

| OFFICER REQUESTING SANCTION/RESTRICTION | OFFICER AUTHORIZING SANCTION/RESTRICTION |
|---|---|
| *J. Bush/ Moore* | *Sgt TM 05-23-06* |

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

hile conducting the morning floor check, the above named inmate was found to not be in compliance th the Living Area Requirement section of the Inmate Rules and Regulations. Bunks will be in compliance ring the following hours of 8:00 A.M. to 9:00 P.M. See example below:    EXAMPLE LIVING AREA REQUIREMENTS

*1432/1440*



TOWEL-WASH CLOTH
CENTERED AT FOOT
OF BED

NON-COMPLIANCE OF RULES LISTED
BELOW MAY RESULT IN SANCTION/DISCIPLINARY ACTION

BUNKS WILL BE IN COMPLIANCE WITH (ABOVE) EXAMPLE DURING THE FOLLOWING HOURS:
8:00 A.M. TO 9:00 P.M. MONDAY THROUGH FRIDAY
7:30 A.M. TO 9:00 P.M. SATURDAY AND SUNDAY
***NOTE: THE OFFICER WILL CHECK YOUR CELL BEFORE THE INMATE IS ALLOWED TO "ROLL-OUT" OF THE CELL. IF THE
INMATE'S CELL IS NOT IN AN ORDERLY MANNER, THE INMATE WILL REMAIN ON LOCKDOWN AND RECEIVE A
SANCTION/RESTRICTION.
EACH INMATE WILL KEEP HIS/HER AREA CLEAN AND CLEAR OF LITTER.
NO ITEMS UNDER BUNKS EXCEPT SHOES, AND SHOES MUST BE ALIGNED AT THE END OF THE BUNK.

*Sgt Turner*    REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

ATURE OF SGT. OR ASC/O

*✱ Look on back ✱*  *✱ Look on back ✱*  *✱ Look on back✱*
*✱ Look on back✱*

A handwritten form.

DATE APPEAL SENT _05-23-06_

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _Jason McDonnell_        HCJ# _56297_        POD _F_

Date filing notice of appeal: _5/23/06_

On, _5/23_, 2006, an Inmate Sanction/Restriction was written by Officer _Bush_

charging inmate _McDonnell_, with a violation of Houston County Jail Inmate Rules and Regulations

# _Living area_

The circumstances of the violations are: _Bunk not made_

The sanction found me to be (guilty)/not guilty of a major/(minor) offense. Punishment was set at: _2 week visit_

I wish to appeal the decision because: _You only inforce ½ of the rules ½ the time. It seems to me officers only write sanctions when they're having a bad day. or when ; convenient for them. Enforce all rules all the time or dont enforce any. How am I to know the rules that will aply for that officer for that Day?_

*****************DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY*******************

On the _25ᵗ_ day of _May_, 2006, an appeal of the Sanction/Restriction taken against inmate

_Jason McDonnell_ was reviewed by _Sgt. Reynolds_, and the following action was taken:

APPEAL APPROVED   (APPEAL DISAPPROVED)   OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _You must have your bed made ~ lay on the top._

*********************************************************************************
; hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _25_

day of _MAY_, 2006.

SGT _[signature]_

Officer Signature                    INMATE SERVED COPY--(YES)

*(right margin, vertical)* Nobodys bunk in the jail is made. Look on the one on the picture!

# 4

# NMATE SANCTION/RESTRICTION DOCUMENTATION

| AME OF INMATE: | DATE: | JAIL NUMBER: |
|---|---|---|
| McDonnell, Jason | 5/23/06 | 56297 |

| CURRENT CELL: | CELL I/M MOVED TO (IF APPLICABLE) |
|---|---|
| F-3T | |

## TYPE OF SANCTION OR RESTRICTION                              DATES START/END

____ WKS  ◯ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

____ WKS  ◯ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

1 WKS  ⊗ LOSS OF VISITATION PRIVILEGES  06-10-06   / 06-11-06

⊗ MINIMUM 72 HOURS CELL RESTRICTION  06-01-06 / 06-04-06

◯ OTHER  Due To Numerous Sanction

TE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED
TO INMATES AND MUST COUNTERSIGN THIS FORM.

| DOES INMATE WISH TO APPEAL? | YES_____ | NO_____ |
|---|---|---|

| FFICER REQUESTING SANCTION/RESTRICTION | OFFICER AUTHORIZING SANCTION/RESTRICTION |
|---|---|
| *Sapp* | SGT 113  05-23-06 |

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

ile conducting the evening floor check, the above named inmate was found to not be in compliance
the Living Area Requirement section of the Inmate Rules and Regulations.  Bunks will be in compliance
ng the following hours of 8:00 A.M. to 9:00 P.M.  See example below:                    EXAMPLE LIVING AREA REQUIREMENTS

## 1505

TOWEL-WASH CLOTH
CENTERED AT FOOT
OF BED

NON-COMPLIANCE OF RULES LISTED
BELOW MAY RESULT IN SANCTION/DISCIPLINARY ACTION

BUNKS WILL BE IN COMPLIANCE WITH (ABOVE) EXAMPLE DURING THE FOLLOWING HOURS:
    8:00 A.M. TO 9:00 P.M. MONDAY THROUGH FRIDAY
    7:30 A.M. TO 9:00 P.M. SATURDAY AND SUNDAY
***NOTE: THE OFFICER WILL CHECK YOUR CELL BEFORE THE INMATE IS ALLOWED TO "ROLL-OUT" OF THE CELL.  IF THE
INMATE'S CELL IS NOT IN AN ORDERLY MANNER, THE INMATE WILL REMAIN ON LOCKDOWN AND RECEIVE A
SANCTION/RESTRICTION.
EACH INMATE WILL KEEP HIS/HER AREA CLEAN AND CLEAR OF LITTER.
' ITEMS UNDER BUNKS EXCEPT SHOES, AND SHOES MUST BE ALIGNED AT THE END OF THE BUNK.

| *Sb 2d* | REVISED 07/2004 PER  W.E. MCCARTY, JAIL COMMANDER |
|---|---|
| URE OF SGT. OR ASC/O | |

DATE APPEAL SENT _05-25-06_

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _Jason McDonnell_       HCJ# _56297_       POD _F_

Date filing notice of appeal: _5/23/06_

On, _5/23_ , 2006, an Inmate Sanction/Restriction was written by Officer _Bush_

charging inmate _McDonnell_ , with a violation of Houston County Jail Inmate Rules and Regulations

# _Living area_

The circumstances of the violations are: _Bunk was not made_

The sanction found me to be (guilty)/not guilty of a major/(minor) offense. Punishment was set at: _2 wk vist_

I wish to appeal the decision because: _You don't even enforce all the rules, You enforce_
_1/2 the rules 1/2 the Time, How am I to know which_
_rules that certain officers are going to enforce for the day_
_The is no consistancy for inforcing of rules, therefor there is no consistancy for the_
***********DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY****************

On the _25_ day of _May_ , 2006, an appeal of the Sanction/Restriction taken against inmate

_McDonnell_ was reviewed by _Sgt. Turner_ and the following action was taken:

APPEAL APPROVED   (APPEAL DISAPPROVED)   OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _Follow the rules all the_
_time and you will not have to choose_
_which rules will be enforced._

**********************************************************************
hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _25_

day of _May_ , 2006.

_Sgt Turner_

INMATE SERVED COPY (YES)

Officer Signature

_Nobodys bunk in the Jail_
_Looks like the one in the picture_

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: McDonnell Jason    DATE: 3-25-06    JAIL NUMBER: 56297

CURRENT CELL: F-pod-Floor    CELL I/M MOVED TO (IF APPLICABLE)

| TYPE OF SANCTION OR RESTRICTION | DATES START/END |
|---|---|

_____ WKS ⬭ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

_1_ WKS ⬭ SUSPENSION OF COMMISSARY PRIVILEGES 04-03-06 / 04-07-06

_2_ WKS ⬭ LOSS OF VISITATION PRIVILEGES 04-01-02-06 / 04-08-05-06

⬭ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

⬭ OTHER _____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES _____    NO _____

OFFICER REQUESTING SANCTION/RESTRICTION    OFFICER AUTHORIZING SANCTION/RESTRICTION

03-25-06

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

At Approximately 1635 hours Inmate McDonnell was off of his bunk walking around in the dayroom talking to other inmates. According to Rule No 13 Inmates must roll-in at all roll-in times. Inmates assigned to day room Access must be on their mattress at all roll-ins.

REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

SIGNATURE OF SGT. OR ASC/O

## Property Charge Sheet

Inmate Name: _McDonnell, Jason_   Inmate #: _56297_

Date: _6-14-06_          Pod: _D_

| Item | Price | Destroyed/Lost | Number replaced | Total Charges |
|------|-------|----------------|-----------------|---------------|
| Washcloth | $ 1.00 | Lost | 1 | 1.00 |
| Towel | $ 2.00 | | | |
| Blanket | $ 7.00 | | | |
| Uniform | $16.00 | | | |
| Mattress | $40.00 | | | |
| Mattress cover | $15.00 | | | |
| OTHER | | | | |
| | | | | |
| XXXXXXX | XXXX | XXXXXXXXX | | |

| Totals | | 1 | $1.00 |
|--------|--|---|-------|

Property Officer Signature: _D. Jones_

Jail Administrator/ Jail Commander Signature: _____

Commissary Officer Signature: _T. Walker_

Date Posted to Commissary Acct: _6/22/06_

Effective 07/13/05

# HOUSTON COUNTY SHERIFF'S DEPT.
# LAMAR GLOVER, SHERIFF

### VISITATION LIST

Last Name __McDonnell__    First Name __Jason__

Floor Location __F pod__    Date __3/23/06__    I/M # __56297__

### VISITORS

1. Zenobia abbott    5. _____

2. Navea McDonnell    6. _____

3. Aracia Abbott    7. _____

4. Jerry McDonnell    8. _____

**BANNED**    **BANNED**

1. _____    2. _____

**NOTE TO ALL INMATES:**

This is a permanent visitation list. New lists will be issued every three (3) months (March, June, September and December). Names will not be added or deleted from this list.

You are not allowed to have more than two (2) visitors per visitation day. Children, no matter their age, are counted as one (1) visitor. There are no exceptions to this rule.

Every visitor must have a valid ID in order to visit.

Anyone over the age of sixteen (16) must have a valid picture ID in order to visit.

Children under the age of sixteen (16) may use a social security card or school ID card.

I have read the above statements and by signing my name I agree to abide by the above statements.

I/M SIGNATURE _____    DATE __3/23/06__

C/O SIGNATURE _____    DATE __3/23/06__