In the District Court of the United States
For the Middle District of Alabama
Southern Division

Jason J. McDonnell,                         X
    Plaintiff,                              X
V.                                          X  Civil action number
Lamar Glover, et al.,                       X  1:06-cv-447-WKW
    Defendants.                            X
                                            X
                                            X

## Affidavit

I am Jason J. McDonnell and I am a pre-trial detainee of the Houston County Jail, Houston County, Alabama. I have been incarcerated in the Houston Co. Jail since March 23rd, 2006. I have not been able to make bond and have remained in the Houston Co. Jail till this date. Unless otherwise indicated herein, I have personal knowledge of the facts and information contained herein. I make this affidavit after review of the defendants Special Report and answer and the defendants own affidavit in an attempt to address and bring to light the issues of this case.

    On or about May 8th, 2006, a loaded nine millimeter handgun was found inside a mattress back in population, in the possession of an inmate. Days and weeks went by and the defendants failed to make sure that there were no other weapons or firearms already back in population at the time or back in population or the jail period, breaking the law, violating our rights, and putting all in danger of serious harm and risk of injury.

(1)

The Plaintiff believes and has sufficient facts to confirm his beliefs, that the defendants all participated in a conspiracy and a cover-up to allow a loaded firearm to be brought back to population, to break laws, and to violate the rights of all inmates and the Plaintiff. The facts I have at this time to support these beliefs are as follows:

1. No one seems to know, care, or have a clue as to how this extream case of reckless endangerment and violation of laws and rights took place.

2. There are too many inconsistancies with what we do know about this issue and with the statement of Lt. Rocco. I assert that we would be able to find these same inconsistancies in the statements of the other defendants and everyone else involved if the defendants would have complied with the courts order to obtain statements from everyone involved.

3. Some one allowed a gun to be placed into a mattress, someone is and had to be incharge of the area of the jail where the mattresses are kept, I have no statement from this person, this "area" is being constantly monitored by video surveillance, why cant we simply rewind the tape and find out who is responsable for bringing the firearm into the Jail? Is that not why the state tax payers pay for video surveillance to begin with? isn't this why the video cameras are there in the first place?

4. The race for Houston county Sheriff was taking place at this time, Sheriff Glover was involved in an extreamly close race which he only won by twelve votes. It was know at this time That Officer Skelton, who was in charge of that particular

②

Part of the Jail at the time, was a supporter of the canidate running against Sheriff Glover, Officer Skelton was fired from his job before they found the gun in the Jail, They are trying to link the gun to officer Skelton.

5. The inmate who found the firearm in his mattress was never even considered a suspect. He was released the same night the found the gun. He could have put the gun in the mattress to begin with, He surly had acsess to that area of the Jail for long enough time to accomplish this. This inmate conviniently waited until "lock down" to bring it to the officers attention that there was "something hard" inside his mattress. 100% of all other inmates would have found out for themselves what was inside their mattress. It is also ironic that this is the only inmate in the Jail who would not check for himself.

6. The defendants never thought or considered that there could be another or several firearms or weapons still in population or the Jail, They never took the necessary measures to make sure. Seventeen days later they half harted shake down of the Jail only because the court told them to after they recieved my original complaint, They still failed to check every mattress in the Jail, They did not even touch my mat, or my cellmates, it was in no way a thorough and compleat search. The defendants still to this day have failed to compleatly make sure there are no other firearms or weapons in this Jail. Why? How can they be so sure?

(3)

7. In Lt. Rocco's sworn statement (affidavit) she said that the gun was found within six hours after it was "smuggled" into the jail, my question is, how does she know this to be a fact? How does she know how long the gun had been in the jail? The gun could have been in the jail for six months for all we know. How can she know for sure how long the gun was in the jail but not know for sure who brought it in the jail? That is a conflicting and incriminating statement.

8. Lt. Rocco also states how "safe & secure" this jail is with all the cameras and all the guards and C.O.'s on duty at all times, yet and still a loaded firearm breached this super "safe & secure" jail, twice in one month!, and no one in this super "safe and secure" jail seems to know how or why. The defendants still don't know for sure that there are no other weapons in this jail, how can they?

9. There is no mention of anything caught on tape by the video cameras in this super "safe and secure" jail, why are the cameras even in the jail if they can't catch this gross example of a breach of security? How come none of the guards on duty at all times to protect our safty in this super "safe & secure" jail seems to know anything? Surely somebody has to know something, otherwise what purpose do all the guards serve?

10. How does Lt. Rocco know for sure that I was never in any danger, or that I'm still not in any danger? How do the defendants know for sure that there is no gun or was no other guns in the jail at that time or right now?

(4)

The defendants can not know for sure! The only way that they can know for sure is if they were all involved in the conspiracy to bring the gun into the Jail to begin with.

11. There is no statement from anyone else involved in this extreamly gross case of reckless endangerment, there is no statement from the inmate who found the gun, the officers who found the gun, the officers in charge of the area where the mattresses are kept at the time, no statement from the officer who was fired, no statement from the commander or from the Sheriff. Why?, The court ordered statements from everyone involved, and all you have is an extreamly Ill thought out incriminating statement from one of the people involved that goes on and on about matters that have nothing to do with this suit. Why? Why is there no statement from anyone else involved in this case when these statements are crucial court ordered evidence in this Suit? I assert that I have no statement from anyone else because they do not want to incriminate themselves like the Lieutenant has done. I assert that with out the court ordered statements from everyone else involved, that the court has no choice but to believe anything else but a conspiracy and cover-up.

12. The Jail booking procedures were not reviewed until three weeks after the first gun was found, when yet another gun found its way into this super "Safe and Secure" Jail. The Procedures were not changed until the Second gun was found.

(5)

13. Plaintiff asserts that Sheriff Glover was actively involved in the day to day operations of the Jail at the time and was personaly involved in the violations. The Sheriff was the only one speaking to the News & press about this issue, How can he not know nothing?

14. This whole case and circumstances Sorrounding this case are gross examples of reckless endangerment, Criminal negligence, and abuse of authority, and should not be tolerated by the court. Because of the nature of the accusations and the damage and injury caused to the plaintiff, I move that the court conduct a thorough investigation into the matter and set this case for hearing as soon as possible, I beg the court to order the defendants to conduct a compleat and thorough shake down of the Jail with gun sniffing dogs & metal detectors to check each and every mattress in the Jail for weapons. I beg the court to restore safty and order in the Houston Co. Jail, I beg the court to grant relief & damages to all who are entitled to It by law, And I pray the Court will hold the defendants & all other responsable parties accountable for their actions & inactions.

    Done this 23rd day of July 2006.

Plaintiff sweres under penalty of purjury that the forgoing is true and correct.
Jason McDonnell 7/23/06

Jason J. McDonnell
   Plaintiff,
Jason McDonnell
901 E. Main St
Dothan, Al. 36301

