In The District Court of The United States
For The Middle District of Alabama
Southern Division

Jason J. McDonnell
    Plaintiff,
V.
Lamar Glover, et al.,
    Defendants.

Civil Action Number
1:06-CV-447-WKW

## Motion for appointment of Counsel

Comes now Jason J. McDonnell, the Plaintiff in the above styled case respectfully asking the court to appoint him counsel because:

1. Plaintiff is indigent & unable to obtain counsel
2. Because of the substance, aspects, and complexity of the legal issues of this claim
3. Plaintiff asserts that counsel is necessary to assert and protect the rights of Plaintiff
4. Plaintiff desires the assistance of counsel.

Done this 23rd day of July, 2006.
Respectfully Submitted

Jason McDonnell
Jason J. McDonnell
901 E. Main St
Dothan AL, 36301