IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JASON J. McDONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-447-WKW |
| | ) | |
| LAMAR GLOVER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On February 4, 2009, the Magistrate Judge filed a Recommendation (Doc. # 13) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge (Doc. # 13) is adopted and that the case is DISMISSED without prejudice for Mr. Jason J. McDonnell's failure to comply with the orders of this court.

An appropriate judgment will be entered.

DONE this 19th day of February, 2009.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE